cision of the County Board of School Trustees to deny the petition was against the manifest weight of the evidence. The judgment of the circuit court so holding should be, and is, affirmed.

Judgment affirmed.

TRAPP, P. J., and SIMKINS, J., concur.

HENRY GEVING *et al.*, Plaintiffs-Appellants, *v.* J. R. FITZPATRICK, Defendant-Appellee.

(No. 12321;

—May 27, 1974.

Opinion by Mr. JUSTICE SIMKINS.

Gillespie, Burke & Gillespie, P. C., of Springfield (Robert E. Gillespie, of counsel), for appellants.

Edward F. Casey, of Casey & Casey, of Springfield, for appellee.